IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| GEORGE FLAHARTY | : | |
| Plaintiff | : | |
| v | : | Civil Action No. WDQ-05-3312 |
| BOBBY FOCKLER | : | |
| Defendant | : | |

o0o

**MEMORANDUM**

The above-captioned civil rights action was filed on December 8, 2005, alleging in part that Plaintiff was assaulted by other inmates as well as correctional officers. Paper No. 1. Before this case is permitted to proceed, Plaintiff will be required to supplement his complaint with information regarding the dates of the alleged assaults and the names of correctional employees he alleges are responsible for his injuries.

The complaint contains a second, unrelated allegation, naming an individual who is acting as Plaintiff "living will stepmother." *Id*. To the extent that Plaintiff is attempting to raise a claim regarding a living will or some other state-law issue regarding his stepmother, that claim must be dismissed because it does not state a claim of federal magnitude.[1]

Plaintiff will be granted 30 days from the date of this Order to supplement his complaint as specified herein. Plaintiff is forewarned that his failure to adequately supplement the complaint will result in its dismissal without further notice from this Court.

A separate Order follows.

January 12, 2006  _____/s/_____
Date                              William D. Quarles, Jr.
                                     United States District Judge

---

[1] Mr. Flaharty filed a similar claim previously which was dismissed. *See Flaharty v. Fockler*, Civil Action No. WDQ-05-1419 (D. Md. 2005).